

**NEW YORK CITY**
501 Fifth Avenue, Ste. 1809
New York, NY 10017
212.355.6050

**SEATTLE**
1455 NW Leary Way, Ste. 400
Seattle, WA 98107
646.704.2278

The McCulloch Law Firm
PLLC

February 19, 2019

**VIA ECF**

Hon. Analisa Torres
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/20/2018
```

      RE:  *Hoelck v. Ooshirts, Inc. et al.*, Case 1:18-cv-00062-AT

Dear Judge Torres,

I am writing as counsel for Plaintiff Patrick Hoelck ("Plaintiff") in the above-referenced case. I write jointly with counsel for Defendant Ooshirts, Inc. ("Defendant") to request an extension of the deadline to submit the Case Management Schedule and Joint Letter, and an adjournment of the Initial Pretrial Conference scheduled for March 5, 2018 pursuant to the Court's Initial Pretrial Conference Order. (Docket No. 6.)

In order to facilitate early settlement discussions and minimize costs, Defendant has agreed to waive formal service of process, and thus its Answer to the Complaint is not due until April 16, 2018 (Dkt. No. 9). An adjournment of the initial conference and extension of the accompanying deadlines will allow the parties to continue their settlement discussions and also account for the extended Answer deadline. The parties thus respectfully request that the deadline to submit the Case Management Schedule and joint letter be extended from February 26, 2018 to April 23, 2018, and the conference be adjourned from March 5, 2018 to April 30, 2018. This is the first request by either party for an extension of these deadlines.

This letter also serves as notice to the Court, as requested in its Order (Dkt. No. 5), that the parties <u>do not consent</u> to conducting all further proceedings before a magistrate judge.

GRANTED in part, DENIED in part. The initial pretrial conference scheduled for March 5, 2018 is ADJOURNED to **March 19, 2018**, at **12:00 p.m.** The parties shall submit their joint letter and proposed case management plan by **March 12, 2018**.

SO ORDERED.

Dated: February 20, 2018
       New York, New York

*[signature]*

**ANALISA TORRES**
**United States District Judge**

www.mccullochiplaw.com